PLE ET AL. *v.* BARBOUR, GOVERNOR OF MISSISSIPPI, ET AL. Affirmed on appeal from D. C. S. D. Miss.

No. 10–1450. SONIC-CALABASAS A, INC. *v.* MORENO. Sup. Ct. Cal. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *AT&T Mobility LLC* v. *Concepcion,* 563 U. S. 333 (2011).

No. 10–1499. L. PERRIGO CO. *v.* GAETA ET UX., INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR A. G., A MINOR. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *PLIVA, Inc.* v. *Mensing,* 564 U. S. 604 (2011).

No. 11–5942. MUHAMMAD *v.* SAPP ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*

No. 11–5972. THOMAS *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE BOARD ET AL. Ct. App. Tex., 11th Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*

No. 11–6143. CRUTCHER *v.* NEVADA. Sup. Ct. Nev. Motion of petitioner for leave to proceed *in forma pauperis* denied, and

certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam).*

No. 11–6265. TOWNSEND *v.* JACKS. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–6657. AKBAR *v.* JETT, WARDEN. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2555. IN RE DISBARMENT OF SHEPHERD. Disbarment entered. [For earlier order herein, see 562 U. S. 816.]

No. D–2588. IN RE DISBARMENT OF OSBORNE. Disbarment entered. [For earlier order herein, see 564 U. S. 1015.]

No. D–2589. IN RE DISBARMENT OF ALDERMAN. Disbarment entered. [For earlier order herein, see 564 U. S. 1016.]

No. D–2591. IN RE DISBARMENT OF JONES. Disbarment entered. [For earlier order herein, see 564 U. S. 1016.]

No. D–2592. IN RE DISBARMENT OF KORDELL. Disbarment entered. [For earlier order herein, see 564 U. S. 1016.]

No. D–2593. IN RE DISBARMENT OF LOSEY. Disbarment entered. [For earlier order herein, see 564 U. S. 1016.]

No. D–2594. IN RE DISBARMENT OF TABACHNICK. Disbarment entered. [For earlier order herein, see 564 U. S. 1016.]

No. D–2595. IN RE DISBARMENT OF WHITEBOOK. Disbarment entered. [For earlier order herein, see 564 U. S. 1016.]

No. D–2596. IN RE DISBARMENT OF PLESHAW. Disbarment entered. [For earlier order herein, see 564 U. S. 1017.]